UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 13-3724-Torres

**United States of America**

vs.

**Jose Martinez Santelices,
Leinet Alonso Caballero,
Yamirelis Martinez, and
Lilian Rodriguez,**

       **Defendants.**
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003? _____ Yes __X__ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007? _____ Yes __X__ No

       Respectfully submitted,

       WIFREDO A. FERRER
       UNITED STATES ATTORNEY

By: _____
       Robert T. Watson
       Assistant United States Attorney
       Florida Bar No. 0679429
       99 N. E. 4th Street
       Miami, Florida 33132-2111
       Telephone: (305) 961-9043
       Fax: (305) 530-7976

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Jose Martinez Santelices, Leinet Alonso Caballero, Yamirelis Martinez, and Lilian Rodriguez | ) ) ) ) | Case No. 13-3724-Torres |
| Defendant(s) | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __June 14, 2013__ in the county of __Miami-Dade__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 670(a)(2), (3), & (6) | knowingly and falsely altering the labeling of a medical product; knowingly possessing such a medical product; and attempting or conspiring to engage in said conduct |
| 18 USC 2 | aiding and abetting said conduct |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Roald Novales, Special Agent, FBI
Printed name and title

Sworn to before me and signed in my presence.

Date: 12/04/2013

_____
Judge's signature

City and state: Miami, Florida

Edwin G. Torres, U.S. Magistrate Judge
Printed name and title

## AFFIDAVIT

I, Roald Novales, Special Agent, Federal Bureau of Investigation (FBI), being duly sworn, state the following:

1. I have been a Special Agent with the FBI for over eleven (11) years, and during that time have been assigned to both the San Diego and Miami Divisions. During these assignments, I have conducted investigations of suspected violations of federal law relating to narcotics, money laundering, violent street gangs, and cargo theft. Based on my training, experience, and briefings with other FBI agents, other federal, state and local law enforcement investigators familiar with cargo theft, I am knowledgeable about the ways in which individuals engage in cargo theft, plan, orchestrate and perpetrate thefts, transport, store, re-label, broker, and distribute stolen merchandise, as well as launder proceeds from said illicit activities.

2. This affidavit is being submitted solely to establish probable cause to believe that JOSE A. MARTINEZ SANTELICES, LEINET ALONSO CABALLERO, YAMIRELIS MARTINEZ, and LILIAN RODRIGUEZ did knowingly and intentionally possess stolen Abbott Labs diabetic test strips and fraudulently re-label them after shipment in interstate commerce, in violation of Title 18 United States Code, Sections 670(a)(2), (3), and (6) and 2. Accordingly, this affidavit does not contain all the facts known to me or other law enforcement agents.

3. On June 19, 2011, a tractor trailer load of Abbott Labs diabetic test strips was stolen in Louisville, Kentucky while in transit to Aurora, Colorado.

4. On or about September 15, 2011, a Confidential Informant (CI #1) purchased 2,000 units of Abbott Labs diabetic test strips, bearing lot numbers which were reported stolen in the Louisville, Kentucky theft.

5. From September 2011 to August 2012, law enforcement conducted several seizures

of stolen Abbott Labs diabetic test strips, all part of the load stolen from Louisville, Kentucky. As a result of two undercover purchases, two seizures of stolen Abbott Labs diabetic test strips were made from ROBERTO MARINO, ADRIAN MARINO, and HENRY TARRIO, including in the Southern District of Florida.

6. In December 2012, a Federal Grand Jury in the Southern District of Florida found probable cause to indict the MARINOs and TARRIO in connection with the sale, misbranding and adulteration of the stolen Abbott Labs test strips. (Case No. 12-20947-cr-Lenard) (All three of those defendants have been convicted.)

7. In January 2013, pursuant to that indictment, the MARINOs and TARRIO were arrested. All three defendants advised they were aware that the Abbott Labs diabetic test strips they had sold came from the Louisville, Kentucky theft. The three stated they had re-labeled the test strips to avoid their being identified as being part of the interstate stolen shipment, as both Abbott Labs and the Food and Drug Administration posted the lot numbers of the stolen strips on their respective web sites. They also stated they altered the expiration date on the test strip packaging in order to extend the apparent time in which the strips could reliably be used by diabetics and therefore increase the strips' value. The defendants also stated that they purchased the test strips from MOISES NAVEIRA, RENE LASTRA and YAMIL GONZALEZ RODRIGUEZ.

8. On June 14, 2013, YAMIL GONZALEZ RODRIGUEZ sold a Confidential Informant (CI #2) approximately 1,000 units (83 cases) of stolen Abbott Labs diabetic test strips in exchange for $4,500 USD. Subsequently, five (5) cases were sent to an FBI lab for latent fingerprint analysis. Collected fingerprints from test strip packaging were compared to the Nation Fingerprint Registry, which resulted in the identification of fingerprints of JOSE

MARTINEZ SANTELICES, LEINET ALONSO CABALLERO, YAMIRELIS MARTINEZ, and LILIAN RODRIGUEZ. Fingerprints of these individuals were located on the sticky side of labels affixed to the packaging of the stolen diabetic test strips. The labels displayed false and fraudulent lot numbers and expiration dates.

9. In November 2013, JOSE MARTINEZ SANTELICES advised law enforcement that LEINET ALONSO CABALLERO was his wife/paramour, YAMIRELIS MARTINEZ was his sister, and LILIAN RODRIGUEZ was his niece, daughter of YAMIRELIS MARTINEZ.

10. I submit, based on the information contained in this affidavit, that there is probable cause to believe that JOSE MARTINEZ SANTELICES, LEINET ALONSO CABALLERO, YAMIRELIS MARTINEZ, and LILIAN RODRIGUEZ did knowingly and intentionally possess stolen Abbott Labs diabetic test strips, fraudulently re-label them, and sell them, in violation of Title 18 United States Code, Sections 670(a)(2), (3), and (6) and 2.

_____
ROALD NOVALES, SPECIAL AGENT
FEDERAL BUREAU OF INVESTIGATION

Sworn to before me and subscribed in my presence at Miami, Florida, this 4th day of December, 2013.

_____
EDWIN G. TORRES
UNITED STATES MAGISTRATE JUDGE

3